IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| JOSEPH HALL, | ) **DISMISSAL ORDER &** |
| Plaintiff, | ) **MEMORANDUM DECISION** |
| v. | ) Case No. 2:12-CV-1068 DS |
| CRAIG BUCHANAN et al., | ) District Judge David Sam |
| Defendants. | ) |

---

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's November 26, 2012 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 28 day of January, 2013.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2012).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).